O'HARA et al., Appellants, v. DUTCHESS COUNTY MUT. INS. CO., Respondent.

(Supreme Court, General Term, Fourth Department.   May 13, 1893.)

Action by Bridget O'Hara and others, executors, against the Dutchess County Mutual Insurance Company.

No opinion.   Order ·reversed, with $10 costs and disbursements.   Held, the issues are not referable.   See Brink v. Insurance Co., 2 Thomp. & C. 550; Bell v. Mayor, etc., 11 Hun, 511; Goodfellow v. Wolcott, 12 N. Y. St. Rep. 620; McDonnell v. Stevens, 9 Hun, 28; Bamberger v. Association, (Super. N. Y.) 10 N. Y. Supp. 229; Blake v. Harrigan, (Sup.) 14 N. Y. Supp. 663; Cornell v. Illuminating Co., (Sup.) 16 N. Y. Supp. 306; Morrison v. Benthuysen, 103 N. Y. 676, 9 N. E. Rep. 180; Untermyer v. Beihauer, 105 N. Y. 521, 11 N. E. Rep. 847.